# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN TOOTLE,** : | |
| : | **Civil Action No. 1:20-cv-0235** |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **CORRECTIONAL OFFICER LONG,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Deputy Attorney General Annamarie Truckley on behalf of defendant Correctional Officer Long in connection with the above-captioned case.

                                                Respectfully submitted,

                                                JOSH SHAPIRO
                                                Attorney General

                                                */s/ Annamarie Truckley*
                                                ANNAMARIE TRUCKLEY
                                                Deputy Attorney General
                                                PA ID 320747

| | |
|---|---|
| OFFICE OF ATTORNEY GENERAL | KAREN M. ROMANO |
| 1251 Waterfront Place | Chief Deputy Attorney General |
| Mezzanine Level | Civil Litigation Section |
| Pittsburgh, PA 15222 | |
| | *Counsel for Defendant* |
| Date:  December 1, 2020 | |

## **CERTIFICATE OF SERVICE**

I, Annamarie Truckley, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on November 30, 2020, I caused to be served a true and correct copy of the foregoing document titled *Notice of Appearance* to the Plaintiff via hand delivery through the Department of Corrections. This alternative method of service is being used due to the COVID-19 emergency.

**Brian Tootle, LS1066**
**SCI-Forest**
*Pro Se Plaintiff*

By: */s/ Annamarie Truckley*
ANNAMARIE TRUCKLEY
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Date: December 1, 2020