IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN TOOTLE, | : | |
| | : | Civil Action No. 1:20-cv-0235 |
| Plaintiff, | : | |
| v. | : | Judge Baxter |
| | : | |
| CORRECTIONAL OFFICER LONG, | : | Electronically Filed Document |
| | : | |
| Defendant. | : | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR A TRIAL DATE, DEPOSITION AND DISCOVERY [ECF 81]

AND NOW, comes the defendant Long ("the Defendant"), by his attorneys, Joan E. Owhe, Deputy Attorney General, Scott A. Bradley, Senior Deputy Attorney General, and Nicole R. DiTomo, Chief Deputy Attorney General, and submit this motion in response to Plaintiff's Motion for a trial date, deposition and discovery [ECF 81]:

1. Plaintiff, Brian Tootle, initiated this civil rights action by filing a *pro se* Complaint on or about September 29, 2020. See [ECF 14].

2. Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983, alleging that Defendant Long violated his right to freely exercise his religion when Defendant confiscated his religious materials and denied him access to those texts during his incarceration in SCI-Forest's Restricted Housing Unit (RHU).

3. Defendant moved to dismiss the Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) and filed a brief in support of his motion. [ECF 21 and 22].

4. Plaintiff filed a response and brief in opposition to the motion. [ECF 24 and 25].

5. On July 9, 2021, this Court issued a Report and Recommendation [ECF 26] granting in part and denying in part Defendant's motion to dismiss.

6. On August 13, 2021, the Honorable Judge Baxter adopted the Report and Recommendation as the opinion of the Court. See [ECF 27]. Therein, this Court dismissed Plaintiff's RLUIPA claim. See [ECF No. 26]. Therefore, the only claim remaining is an alleged violation of Plaintiff's Free Exercise of Religion under the First Amendment (Count I). [ECF 26].

7. On November 9, 2021, the Court issued a Case Management Order [ECF 32] which outlined the deadlines for discovery and dispositive motions. According to this order, discovery was due by February 7, 2022.

8. On February 8, 2024, this matter was referred to the Pro Se Mediation Program [ECF 79] and a mediation was held on April 9, 2024 with no resolution. See [ECF 80].

9. Plaintiff has now filed a motion for a trial date, deposition and discovery. [ECF 81].

10. To the extent that Plaintiff requests that the Court issue a trial date for this matter, the Defendant joins in the motion for a trial date as this matter is ripe for trial.

11. To the extent that Plaintiff requests leave to depose officers at SCI-Forest or re-open discovery, Defendants ask that the request be denied as the time for discovery has closed. See [ECF 32].

WHEREFORE, the Defendant respectfully requests that Plaintiff's Motion be granted in part as to his request for a trial date, and denied in part as to Plaintiff's request for depositions and discovery in this matter.

                                                 **Respectfully submitted,**

                                                 **MICHELLE A. HENRY**
                                                 **Attorney General**

|  |  |
|---|---|
|  | By: *s/ Joan E. Owhe* |
|  | *JOAN E. OWHE* |
| **Office of Attorney General** | **Deputy Attorney General** |
| **1251 Waterfront Place** | **Attorney ID 331123** |
| **Mezzanine Level** |  |
| **Pittsburgh, PA 15222** |  |
| **Phone: (412) 627-0365** |  |
|  |  |
| **jowhe@attorneygeneral.gov** |  |
|  | **Counsel for Defendant** |
| **Date: July 23, 2024** |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN TOOTLE,** | : | |
| | : | Civil Action No. 1:20-cv-0235 |
| Plaintiff, | : | |
| v. | : | Judge Baxter |
| | : | |
| **CORRECTIONAL OFFICER LONG,** | : | Electronically Filed Document |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Joan E. Owhe, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **July 23, 2024**, I caused to be served a true and correct copy of the foregoing document titled **Defendant's Response to Plaintiff's Motion for a Trial Date, Depositions and Discovery [ECF 81]** to the following:

**VIA U.S. MAIL**

**Smart Communications/PADOC**
**Brian Tootle, LS1066**
**SCI Dallas**
**PO Box 33028**
**St. Petersburg, FL 33733**
*Pro Se Plaintiff*

**VIA ECF**

**Michael McCune, Esquire**
**Jones Day**
**500 Grant Street, Suite 4500**
**Pittsburgh, PA  15219**
mmccune@jonesday.com
*Counsel for Plaintiff*

**Nathaniel Garrett Ecker, Esquire**
**Jones Day**
**500 Grant Street, Suite 4500**
**Pittsburgh, PA  15219**

necker@jonesday.com
*Counsel for Plaintiff*

  *s/ Joan E. Owhe*
**JOAN E. OWHE**
Deputy Attorney General