Smart Communications/PADOC
SCI-Dallas

NAME Brian Tootle

NUMBER LS-1666

SCI-DALLAS
1000 Follies Road
Dallas, PA 18612

INMATE MAIL

US POSTAGE — PITNEY BOWES
ZIP 18612
02 4W
0000385735 OCT. 08. 2024.
$ 000.69⁰

United States District Court
Clerks Office - Room A-150
17 South Park Row
Erie, PA 16501