# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN TOOTLE, : | |
| : | Civil Action No. 1:20-cv-0235 |
| Plaintiff, : | |
| v. : | Judge Baxter |
| : | |
| CORRECTIONAL OFFICER LONG, : | Electronically Filed Document |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Deputy Attorney General Chloe S. Clifford on behalf of defendant, **CORRECTIONS OFFICER LONG**, in connection with the above-captioned case.

                                              Respectfully submitted,

                                              DAVID W. SUNDAY, JR.
                                              Attorney General

                               By:   *s/ Chloe S. Clifford*
                                              *Chloe S. Clifford*

**Office of Attorney General**          **Deputy Attorney General**
**1251 Waterfront Place**               **Attorney ID 335733**
**Mezzanine Level**
**Pittsburgh, PA 15222**                 **NICOLE R. DITOMO**
**Phone: (412) 925-9624**              **Chief Deputy Attorney General**
                                              **Civil Litigation Section**
[cclifford@attorneygeneral.gov](mailto:cclifford@attorneygeneral.gov)

                                              **Counsel for Defendants Long**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN TOOTLE,** | : | |
| | : | Civil Action No. 1:20-cv-0235 |
| **Plaintiff,** | : | |
| v. | : | **Judge Baxter** |
| | : | |
| **CORRECTIONAL OFFICER LONG,** | : | **Electronically Filed Document** |
| | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

I, Chloe S. Clifford, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **February 24, 2025**, I caused to be served a true and correct copy of the foregoing document titled **Notice of Appearance** to the following:

**VIA ECF**

**Michael McCune, Esquire**
**Jones Day**
**500 Grant Street, Suite 4500**
**Pittsburgh, PA  15219**
mmccune@jonesday.com
*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　 *s/ Chloe S. Clifford*
　　　　　　　　　　　　　　　　　　　　　　　　**Chloe S. Clifford**
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General