IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN TOOTLE | ) |
| | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 1:20-cv-235-SPB |
| BRANDON LONG | ) |
| | ) |
| Defendant(s) | ) |

## REPORT OF NEUTRAL

A  mediation  session was held in the above captioned matter on 4/9/2024.

The case (please check one):
    _____ has resolved
    _____ has resolved in part (see below)
      x  has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

The undersigned is willing to continue this appointment to assist with a resolution.

Dated: 5/22/2024         /s/ Julian E. Neiser
                                           Signature of Neutral

Rev. 09/11