WDPA CTM (2/01)

CIVIL TRIAL MEMORANDUM

# UNITED STATES DISTRICT COURT
FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

**Plaintiff Brian Tootle**

Plaintiff(s) Name

vs

No. 1:20-cv-00235-SPB CIVIL

**Defendant Correctional Officer Long**

Defendant(s) Name

Time for Selection: Begins: 1:54 PM

Ends: 3:57 PM

Date: 9/15/2026

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | DRAKE, JASON (SEAT 1) | 10 | HANEY, AUTUMN (SEAT 10) |
| ~~2~~ | ~~MARTIN, BRIANNA (SEAT 2)~~ D1 | 11 | GREIG, JAMIE (SEAT 11) |
| 3 | BERNIK, CHELSEA (SEAT 3) | 12 | BUNDY, ZACHARY (SEAT 12) |
| ~~4~~ | ~~DICKEN, REBECCA (SEAT 4)~~ D2 | 13 | NAGELE JR., DAVID (SEAT 13) |
| 5 | CURCIO, CAROLYN (SEAT 5) | ~~14~~ | ~~MUNDKOWSKY, TRACY (SEAT 15)~~ P2 |
| ~~6~~ | ~~VANORD, MELISSA (SEAT 6)~~ P1 | 15 | BROUGHAM, LYNTANA (SEAT 16) Not used |
| 7 | RANKIN, DELORA (SEAT 7) | 16 | SAEZ, KIMBERLY (SEAT 18) Not Used |
| ~~8~~ | ~~LASCH, CONNIE (SEAT 8)~~ D3 | 17 | KALIKA, JOSEPH (SEAT 19) Not Used |
| ~~9~~ | ~~FORTSCH, JOHN (SEAT 9)~~ P3 | 18 | |

**WITNESSES**

| | PLAINTIFF | | DEFENDANT |
|---|---|---|---|
| 1 | Damion Rivers (9/16/2026) | 1 | Reverend Stacy Shaffer (9/16/2026) |
| 2 | Brian Tootle (9/16/2026) | 2 | Beth Ann Edinger, Human Resource Analyst 4 (9/16/2026) |
| 3 | Rebuttal: Brian Tootle (9/18/2026) | 3 | Brandon Long, former Correctional Officer, PA DOC (9/16/2026 and 9/18/2026) |
| 4 | | 4 | Rebuttal: Brandon Long, former Correctional Officer, PA DOC (9/18/2026) |
| | | | |
| | | | |
| | | | |
| | | | |

WDPA CTM-2 (02/01)

## CLERK'S MEMORANDUM

| | | | | | |
|---|---|---|---|---|---|
| Civil Number | 1:20-cv-00235 | | Case closed | 9/18 | 2026 |
| Before Judge | Susan Paradise Baxter | | Judge Charges Jury | **11:20 AM 9/18** | 2026 |
| Appears for Pltf. | Joseph Shaeffer, Esq. | | Jury Retires | 12:55 PM | 2026 |
| | | | Verdict | 2:21 PM | 2026 |
| | | | Verdict in favor of Plaintiff | No | |
| Appears for Deft. | Kathleen Nandan, Esq. | | Punitive Damages Case Open | | 2026 |
| | Paul Strobel, Esq. | | Punitive Damages Case Closed | | 2026_ |
| | | | Punitive Damages Verdict | | 2026 |
| Appears for 3rd pty. | | | | | |
| | | | | | |
| Pltf. opens | 9:43 AM on 9/16 | 2026 | Bailiff in charge/Law Clerk | Frank Fogl | |
| Pltf. rest | 2:02 PM on 9/16 | 2026 | Court Reporter | Janis Ferguson | |
| Pltf. close | 12:26 PM on 9/18 | 2026 | Deputy Clerk | Sam Castorina | |
| Rebuttal opens | 10:04 AM on 9/18 | 2026 | | | |
| Rebuttal close | 10:19 AM on 9/18 | 2026 | | | |
| Deft. opens | 9:54 AM on 9/16 | 2026 | | | |
| Deft. rest | 9:51 AM on 9/18 | 2026 | | | |
| Deft. close | 11:57 AM on 9/18 | 2026 | | | |

### JURY

| | |
|---|---|
| 1. | 9/15/2026 Jury Selection |
| 2. | 9/16/2026 |
| 3. | 9/18/2026 |
| 4. | |
| 5. | |
| 6. | |

### TRIAL MOTIONS

Judgment as a Matter of Law, as to:

1. 9/16/26: Defendant Rule 50 Motion for Judgment - Denied
2. 9/18/26: Plaintiff Rule 50 Motion for Judgment - Denied
3. 9/18/2026 Defendant Renewed Rule 50 Motion for Judgment – Denied.
4. 9/18/26: Defendant Motion to Strike Punitive Damages – Denied.
5. 9/18/26 Defendant Motion for Qualified Immunity – Denied.

### TRIAL MEMORANDUM

**Dates of Trial**

| | | |
|---|---|---|
| **Trial Opens** | 9/15 | 2026 |
| **Continues** | 9/16 | 2026 |
| **Continues** | 9/18 | 2026 |
| **Continues** | | 2026 |
| **Continues** | | 2026 |
| **Continues** | | 2026 |
| **Continues** | | 2026 |
| **Continues** | | 2026 |
| **Continues** | | 2026 |
| **Continues** | | 2026 |
| **Continues** | | 2026 |
| **Continues** | | 2026 |
| **Trial closed** | 9/18 | 2026 |
| **Verdict** | 9/18 | 2026 |