| JURY TRIAL<br>WITNESSES | | | |
|---|---|---|---|
| CIVIL ACTION: 20-235 ERIE | | TOOTLE v. LONG | |
| PLAINITFF | | DEFENDANT | |
| 1 | Damion Rivers (via video conference on 9/16/2026) | 1 | Reverend Stacy Shaffer (9/16/2026) |
| 2 | Brian Tootle (9/16/2026) | 2 | Beth Ann Edinger, Human Resource Analyst 4 (via video conference on 9/16/2026) |
| 3 | Rebuttal: Brian Tootle (9/18/2026) | 3 | Brandon Long, former Corrections Officer, PA DOC (9/16/2026 and 9/18/2026) |
| 4 | | 4 | Rebuttal: Brandon Long, former Corrections Officer, PA DOC (9/18/2026) |
| 5 | | 5 | |
| 6 | | 6 | |
| 7 | | 7 | |
| 8 | | 8 | |
| 9 | | 9 | |
| 10 | | 10 | |
| 11 | | 11 | |
| 12 | | 12 | |
| 13 | | 13 | |
| 14 | | 14 | |
| 15 | | 15 | |
| 16 | | 16 | |
| 17 | | 17 | |
| 18 | | 18 | |
| 19 | | 19 | |
| 20 | | 20 | |