AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

BRIAN TOOTLE

V.

CORRECTIONAL OFFICER LONG

## EXHIBIT AND WITNESS LIST

Case Number: 1:20-cv-00235-SPB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Susan Paradise Baxter | Joseph Schaeffer | Kathleen Nandan and Paul Strobel |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/15/2026-9/18/2026 | Janis Ferguson | Sam Castorina |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/16/2026 | | | Plaintiff Witness: Damion Rivers (via videoconference) |
| | | 9/16/2026 | | | Witness: Plaintiff Brian Tootle |
| P4 | | 9/16/2026 | Yes | Yes | PA Department of Corrections DC-ADM 819 Religious Activities Procedures Manual |
| P5 | | 9/16/2026 | Yes | Yes | Personal Property Inventory A138024 |
| | | 9/16/2026 | | | Defense Witness: Reverend Stacy Shaffer |
| P4 | | 9/16/2026 | Yes | Yes | PA Department of Corrections DC-ADM 819 Religious Activities Procedures Manual |
| | | 9/16/2026 | | | Defense Witness: Beth Ann Edinger, Human Resource Analyst 4 (via videoconference) |
| | A | 9/16/2026 | Yes | Yes | Biometric Data May 2019 |
| | B | 9/16/2026 | Yes | Yes | Time Record May 2019 (Detailed) |
| | C | 9/16/2026 | Yes | Yes | Time Record May 2019 |
| | | 9/16/2026 | | | Witness: Brandon Long, former PA Departement of Corrections Correctional Officer |
| | F | 9/16/2026 | Yes | Yes | May 2019 Calendar with Time & Attendance Notated |
| P5 | | 9/16/2026 | Yes | Yes | Personal Property Inventory A138024 |
| | | 9/18/2026 | | | Witness: Brandon Long, former PA Departement of Corrections Correctional Officer |
| P5 | | 9/18/2026 | Yes | Yes | Personal Property Inventory A138024 |
| | | 9/18/2026 | | | Rebuttal Witness: Brian Tootle |
| | | 9/18/2026 | | | Rebuttal Witness: Brandon Long, former PA Departement of Corrections Correctional Officer |
| | | 9/18/2026 | | | Defense Exhibits A, B and C published to jury during Defendant's closing argument. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.