AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

BRIAN TOOTLE
*Plaintiff*
v.
CORRECTIONAL OFFICER LONG
*Defendant*

Civil Action No. 1:20-cv-00235-SPB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: The jury did not find by a preponderance of the evidence that Brandon Long intentionally or with deliberate or reckless indifference denied Brian Tootle access to religious texts or impeded Mr. Tootle's observance of his religion while he was housed in the RHU at SCI Forest. As the question was answered No, all questions are completed.

This action was *(check one)*:

☑ tried by a jury with Judge Susan Paradise Baxter presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

❒ decided by Judge ______ on a motion for

CLERK OF COURT

09/18/2026
Date

Samantha Castorina
Signature of Clerk or Deputy Clerk